IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MARIAN A. MURPHY | : |
| | : CASE NO.: 1:18-bk-03400-HWV |

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Chad J. Julius hereby enters his Appearance as Counsel in this matter on behalf of Marian A. Murphy, Debtor.

Date: September 22, 2022        /s/Chad J. Julius
                                Chad J. Julius
                                I.D. No. 209496
                                Jacobson, Julius & Harshberger
                                8150 Derry Street, Ste. A
                                Harrisburg, PA 17111
                                717-909-5858
                                717-909-7788 [fax]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
MARIAN A. MURPHY :
: CASE NO.: 1:18-bk-03400-HWV

## CERTIFICATE OF SERVICE

I, Dera Shade, do hereby certify that on this day I served the within *Entry of Appearance* upon the following persons via the ECF/CM and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:
Jack N Zaharopoulos (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

U.S. Trustee
228 Walnut Street,
P.O. Box 969
Harrisburg, PA 17101-0969

FIRST CLASS Mail –

All creditors on the mailing matrix (attached).

DATED: September 22, 2022 /s/Dera L. Shade
 Dera Shade, Paralegal

```
Label Matrix for local noticing              LVNV Funding LLC                         PRA Receivables Management, LLC
0314-1                                       c/o Resurgent Capital Services           PO Box 41021
Case 1:18-bk-03400-HWV                       P.O. Box 10587                           Norfolk, VA 23541-1021
Middle District of Pennsylvania              Greenville, SC 29603-0587
Harrisburg
Thu Sep 22 12:15:06 EDT 2022

U.S. Bankruptcy Court                        CASHNET USA                              Capital One
Ronald Reagan Federal Building               WILLIAMSON AND BROWN,LLC                 3901 Dallas Pkwy
228 Walnut St, Rm 320                        4691 Clifton Pkwy                        Plano, TX 75093-7864
Harrisburg, PA 17101-1737                    Hamburg, NY 14075-3201


Capital One Bank (USA), N.A.                 (p)DISCOVER FINANCIAL SERVICES LLC       Discover Bank
PO Box 71083                                 PO BOX 3025                              Discover Products Inc
Charlotte, NC  28272-1083                    NEW ALBANY OH 43054-3025                 PO Box 3025
                                                                                      New Albany, OH  43054-3025


FREEDOM MORTGAGE CORPORATION                 Freedom Mortgage                         (p)JEFFERSON CAPITAL SYSTEMS LLC
Attention: Bankruptcy Department             907 Pleasant Valley Avenue               PO BOX 7999
10500 KINCAID DRIVE                          Mount Laurel, NJ 08054-1210              SAINT CLOUD MN 56302-7999
FISHERS IN 46037-9764


LVNV Funding, LLC its successors and assigns MERRICK BANK                             Member's 1st FCU
assignee of Arrow Financial Services,        Resurgent Capital Services               PO Box 40
LLC                                          PO Box 10368                             Mechanicsburg, PA 17055-0040
Resurgent Capital Services                   Greenville, SC 29603-0368
PO Box 10587
Greenville, SC 29603-0587

PP&L                                         PPL Electric Utilities                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
2 North 9th Street                           827 Hausman Road                         PO BOX 41067
CPC-GENN1                                    Allentown, PA 18104-9392                 NORFOLK VA 23541-1067
Allentown, PA 18101-1139


U.S. Asset Management                        (p)UNIFUND CCR LLC                       United States Trustee
c/o Weltman,Weinberg,and Reis Co.,L.P.A.     ATTN MEDIA DEPARTMENT                    228 Walnut Street, Suite 1190
PO Box 93784                                 10625 TECHWOOD CIRCLE                    Harrisburg, PA 17101-1722
Cleveland, OH 44101-5784                     CINCINNATI OH 45242-2846


(p)JACK N  ZAHAROPOULOS                      James H Turner                           Marian A Murphy
ATTN CHAPTER 13 TRUSTEE                      Turner and O'Connell                     1641 Pebble Brook Lane
8125 ADAMS DRIVE SUITE A                     915 N Mountain Road                      Harrisburg, PA 17110-9572
HUMMELSTOWN PA 17036-8625                    Suite D
                                             Harrisburg, PA 17112-1793
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover                                     Jefferson Capital Systems LLC            Portfolio Recovery Associates, LLC
PO Box 15251                                 Po Box 7999                              POB 12914
Wilmington, DE 19886-5251                    Saint Cloud Mn 56302-9617                Norfolk VA 23541
```

| | | |
|---|---|---|
| Unifund CCR<br>10625 Techwoods Circle<br>Cincinnati, OH 45242 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Freedom Mortgage Corporation | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   23<br>Bypassed recipients    2<br>Total                 25 |