# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Marian A Murphy

Case No.: 1-18-03400HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Freedom Mortgage |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 6501 |
| Property Address if applicable: | 1641 Pebble Brook Lane |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $7,335.64 |
| b. | Prepetition arrearages paid by the trustee: | $7,335.64 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $7,335.64 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: October 25, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Marian A Murphy

               Case No.: 1-18-03400HWV

               Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 25, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Chad Julius, Esquire
Upright Law, LLC
8150 Derry St
Harrisburg PA 17111


**Served by First Class Mail**
Freedom Mortgage Corp
10500 Kincaid Dr
Fishers IN 46037-9764

Marian A Murphy
1641 Pebble Brook Lane
Harrisburg PA 17110


I certify under penalty of perjury that the foregoing is true and correct.


Date:  October 25, 2023        /s/  Liz Joyce
                 Office of the Standing Chapter 13 Trustee
                 Jack N. Zaharopoulos
                 Suite A, 8125 Adams Dr.
                 Hummelstown, PA  17036
                 Phone:  (717) 566-6097
                 email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-03400  MARIAN A MURPHY

**FREEDOM MORTGAGE CORPORATION**
10500 KINCAID DRIVE
FISHERS, IN  46037-

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 1641 Pebble Brook Ln - PRE-/
ARREARS - 1641 PEBBLE BROOK LANE  MFR  5/21 #48

| | | | | |
|---|---|---|---|---|
| Amt Sched: $130,000.00 | Debt: $7,335.64 | Interest Paid: $0.00 | | |
| Amt Due: $0.00 | Paid: $7,335.64 | Accrued Int: $0.00 | | |
| | | Balance Due: $0.00 | | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/15/2021 | 1229060 | $255.41 | $0.00 | $255.41 | 04/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/17/2021 | 1228037 | $515.56 | $0.00 | $515.56 | 03/30/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/17/2021 | 1227029 | $343.71 | $0.00 | $343.71 | 02/24/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2021 | 1226005 | $515.56 | $0.00 | $515.56 | 02/02/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/10/2020 | 1224218 | $515.56 | $0.00 | $515.56 | 12/29/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/03/2020 | 1223325 | $171.86 | $0.00 | $171.86 | 11/13/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/15/2020 | 1222468 | $341.82 | $0.00 | $341.82 | 10/23/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/17/2020 | 1221427 | $339.91 | $0.00 | $339.91 | 09/25/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/12/2020 | 1220384 | $509.89 | $0.00 | $509.89 | 08/27/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/07/2020 | 1219327 | $339.93 | $0.00 | $339.93 | 07/23/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/02/2020 | 1218319 | $339.92 | $0.00 | $339.92 | 06/15/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/06/2020 | 1217359 | $339.92 | $0.00 | $339.92 | 05/14/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/14/2020 | 1216243 | $352.39 | $0.00 | $352.39 | 04/29/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/12/2020 | 1214948 | $528.56 | $0.00 | $528.56 | 03/26/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/13/2020 | 1213644 | $352.39 | $0.00 | $352.39 | 02/21/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/16/2020 | 1212276 | $352.38 | $0.00 | $352.38 | 01/27/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/12/2019 | 1210897 | $352.38 | $0.00 | $352.38 | 12/19/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/07/2019 | 1209571 | $528.57 | $0.00 | $528.57 | 11/13/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/10/2019 | 1208516 | $184.13 | $0.00 | $184.13 | 10/17/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/26/2019 | 1207213 | $155.79 | $0.00 | $155.79 | 10/02/2019 |

**Sub-totals:** $7,335.64    $0.00    $7,335.64

**Grand Total:** $7,335.64    $0.00